UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| James Brackett,<br><br>               Plaintiff,<br>v.<br><br>Commercial Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>               Defendants. | Civil Action No.: 3:13-cv-00193 |

**NOTICE OF SETTLEMENT**

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 1, 2013

                                                Respectfully submitted,

                                                PLAINTIFF, James Brackett

                                                By: */s/ Kenneth D. McLean*
                                                Kenneth D. McLean, Esq. (LSB No. 30190)
                                                THE McLEAN LAW FIRM, LLC
                                                P.O. Box 38161
                                                Germantown, TN 38183-0161
                                                Telephone: (901) 326-6888
                                                Facsimile: (901) 531-8102
                                                Attorneys for Plaintiff

                                                Of Counsel To:

                                                LEMBERG & ASSOCIATES L.L.C.
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile: (203) 653-342

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Tennessee Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Kenneth D. McLean*

Kenneth D. McLean, Esq.