UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | |
|---|---|
| JAMES BRACKETT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 3:13-cv-193 |
| v. ) | |
| ) | Judge Mattice |
| COMMERCIAL RECOVERY ) | Magistrate Judge Shirley |
| SYSTEMS., INC., ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

On August 1, 2013, this Court received notice from Plaintiff that the parties have settled all claims in the above-captioned action. It is hereby **ORDERED** that Plaintiff shall dismiss this action **no later than August 30, 2013**. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties are **ON NOTICE** that, if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1.

**SO ORDERED** this 2nd day of August, 2012.

\_\_\_\_/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE